**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD NELSON BRYANT,

    Petitioner,                    No. C 05-2535 PJH (PR)

  v.                           **ORDER OF DISMISSAL**

MARIO REYES, Warden,

    Respondent.
_____/

     Petitioner, a California prisoner, has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He also seeks to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

     Venue is proper in this district because the conviction was obtained in San Francisco, which is in this district. *See* 28 U.S.C. § 2241(d).

**DISCUSSION**

*A. Standard of Review*

     A district court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); *Rose v. Hodges*, 423 U.S. 19, 21 (1975).

     A habeas petition may be dismissed summarily "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court. . . ." Rule 4, Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254; *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990).

///

*B. Legal claims*

Petitioner alleges that he pled guilty to a charge of failure to register as a sex offender. As grounds for relief he contends that he was never told he had to register and that he was vindictively prosecuted. The guilty plea waived these claims. *See Haring v. Prosise*, 462 U.S. 306, 319-20 (1983) (guilty plea forecloses consideration of pre-plea constitutional deprivations). The only challenges left open in federal habeas corpus after a guilty plea is the voluntary and intelligent character of the plea and the nature of the advice of counsel to plead, *Hill v. Lockhart*, 474 U.S. 52, 56-57 (1985), claims petitioner does not raise here. The petition will be dismissed.[1]

## CONCLUSION

Leave to proceed in forma pauperis (doc 3) is **GRANTED**. For the foregoing reasons, the petition is summarily **DISMISSED**. *See* Rule 4, Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 6, 2006.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.05\BRYANT535.DSM

---

[1] Petitioner also does not allege that he filed any state appellate or habeas proceedings, so it appears he has not exhausted.

2